IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | |
|---|---|
| IN THE MATTER OF : | |
| THE EXTRADITION OF : | Case No. 4:25-mj-120-AGH-1 |
| MAYERLYN MERCEDES : | |
| HERRERA RODRIGUEZ : | |

## ORDER

The Court having received the Complaint filed on October 3, 2025, by Sara Lim, Assistant United States Attorney for the Middle District of Georgia, pursuant to the request of the Government of Chile for the provisional arrest and extradition of Mayerlyn Mercedes Herrera Rodríguez, and an affidavit executed by Mayerlyn Mercedes Herrera Rodríguez and witnessed by her attorney;

And, further, the Court having been advised in open session that Mayerlyn Mercedes Herrera Rodríguez is a fugitive sought by the Government of Chile; that she is aware that the Government of Chile has filed charges against her and has obtained a warrant for her arrest; that she has reviewed the Complaint filed by the United States Attorney for this judicial district; that she has been fully advised of her rights in this country pursuant to the extradition treaty in force between the Government of the United States and the Government of Chile and Title 18, United States Code, §§ 3184-3196; and that she has knowingly and voluntarily waived those rights;

IT IS THEREFORE ORDERED that the Government's Request for Extradition to Chile (ECF No. 15) is GRANTED; and that Mayerlyn Mercedes Herrera Rodríguez be committed to the custody of the United States Marshal pending

arrival of the duly authorized representatives of the Government of Chile, at which time the United States Marshal shall deliver her, together with any evidence seized incidental to her arrest and sought by the Government of Chile, to the custody of such authorized representatives to be transported to Chile to be held for trial or other disposition; and

IT IS FURTHER ORDERED that the transfer of physical custody of Mayerlyn Mercedes Herrera Rodríguez, together with any evidence seized, shall be at such time and place as mutually agreed upon by the United States Marshal and the duly authorized representatives of the Government of Chile.

The Clerk of the Court is directed to forward copies of this Order and the executed Affidavit of Waiver to the Director, Office of International Affairs, Criminal Division, Department of Justice, in Washington, D.C., and the Assistant United States Attorney.

**SO ORDERED**, this 29th day of January, 2026.

                                         s/ *Amelia G. Helmick*
                                       UNITED STATES MAGISTRATE JUDGE